**Exhibit A to the Complaint**

**Location:** Cincinnati, OH
**Total Works Infringed:** 69

**IP Address:** 184.54.38.122
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: A35D502C25FCE5E4896D44CB4545048519037BE8 File Hash: 23A3F2EFF0BEB1E40E640A724C0F10937BF90261C83877EC4F6EFD3A5C2BED3A | 01-24-2023 15:53:03 | Slayed | 08-16-2022 | 09-22-2022 | PA0002378429 |
| 2 | Info Hash: 97E436E4F5A28914666678555D5F66D6CC0FD001 File Hash: A27DC3A53730A515FA1063DE3D2452E36AA4CEC83855EEF0DA9FB47117889965 | 01-17-2023 21:45:56 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 3 | Info Hash: 9C22E877110D06E6533EC589105775F10EA33EC8 File Hash: 9401043428783798DE91D03DDB49133025EFB3CCC12A4D54972694F3A155763F | 12-05-2022 01:29:13 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 4 | Info Hash: 5036A7CFAA59E71074D8758BB7D76C27F540BD05 File Hash: A7888149AD0468875E9074442BBD47D96EE2FE267C49E544B9717B6F2091E8ED | 10-11-2022 15:09:34 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 5 | Info Hash: 36EEF9B4BF0AE6BF04ACA2574A4F4D174311F965 File Hash: 075E09C8CC316FA1E8FB7C9805B0A0E18E6DAF96DC15C28AB468E29BD3FCEA3B | 09-22-2022 14:53:11 | Slayed | 04-12-2022 | 06-09-2022 | PA0002361951 |
| 6 | Info Hash: 843FF3F9B1623A480B670030AA080E25598E99A2 File Hash: DB1A56D48D496E44F4FDA7A042407B07AA86C2AEFCF05608D78784AC74BC00A8 | 07-22-2022 20:19:45 | Slayed | 06-21-2022 | 07-21-2022 | PA0002367486 |
| 7 | Info Hash: 8859D9E9C2F1D2A5835640C1825695F42FC59631 File Hash: 696F9A0CA8250EA50C75061531FB4B8F40F2766B4AC1BACD3AFD76054575DBC7 | 07-22-2022 20:14:26 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 8 | Info Hash: C99057396F32862341CEBBCA271F6DFB64DB290F File Hash: 6723CAFF6015C5D37988C6EFE0B237E17116BCE97A85947B8E8F315D9829A726 | 07-22-2022 20:13:37 | Slayed | 06-07-2022 | 07-21-2022 | PA0002367487 |
| 9 | Info Hash: 6B1C4066019B66E01A95F7E6C7DC8F9E39B8379D File Hash: 8CD7D367CDA4EA7BF6F24D9B7452F23A86C61F4B8C22C4FAD1B189A09AA0955E | 07-22-2022 20:10:20 | Slayed | 05-31-2022 | 06-09-2022 | PA0002361663 |
| 10 | Info Hash: 0B5756EFBDDB2A23AF46C80EC94803CC788FAD7A File Hash: 6573D6D3CE6D3A88B9B6D5EE535BAA60A04102EFF0C543B4477AE0A1E4CD32EC | 07-22-2022 20:09:02 | Slayed | 04-26-2022 | 06-09-2022 | PA0002361665 |
| 11 | Info Hash: 5B50AD04E1F325BD6B99C756BE383356752E8357 File Hash: 627E1F53FE4B277B8E762F48FF37B8787EE88B48583B0AC06EB4D54F37AECB24 | 07-22-2022 20:08:46 | Slayed | 05-03-2022 | 06-09-2022 | PA0002361668 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 2900E7AC6387D86204B57A5D0D2C42EC4D8A3A10<br>File Hash:<br>2ABC26DDA24D506ABBC61C46C42618DDAAFFE4AE621797775575B961354709DC | 07-22-2022<br>20:04:24 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |
| 13 | Info Hash: DEB4032E4ADD77077A26E14F3A6292EA6C08F835<br>File Hash:<br>2E630EE7A5BDAF7FB402B05097CE240A79BE034DE52EF98D190B0B7436DE5FE7 | 07-22-2022<br>20:04:22 | Slayed | 05-17-2022 | 06-09-2022 | PA0002361673 |
| 14 | Info Hash: A7045EBA95961E59CC282D89FF626037AEC3723A<br>File Hash:<br>3AA6D70965CF55B5164F745364956C0FF8C7E73FD456282E74F81E9E46F5515B | 07-18-2022<br>15:08:59 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |
| 15 | Info Hash: 201FD038EE0F30ABE7B32816FC1B5CD2C4EEC201<br>File Hash:<br>E5298FB660C4D1BF823F11791D6160D06DBD46B4A63BC5FDE7AA6FC092B3EA2F | 06-30-2022<br>14:32:30 | Slayed | 02-08-2022 | 03-04-2022 | PA0002345794 |
| 16 | Info Hash: D6D23B2CE977EEB36DEA56CDC5E75DC35F366570<br>File Hash:<br>DC52E6D34147E0E750C91D649DA30DB83DF04E8B3251EE10DC33D971F7F5B576 | 06-29-2022<br>14:29:48 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 17 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash:<br>83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 06-29-2022<br>14:27:59 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |
| 18 | Info Hash: 2D80D6E659AEBC1C055D76199363C6D3A6E17EC4<br>File Hash:<br>0467C7C351660CCEAB39C5655AA1FAD4C19C70A18BF857CEFF8F4E8451F67A4B | 06-29-2022<br>14:27:49 | Slayed | 10-14-2021 | 11-01-2021 | PA0002326407 |
| 19 | Info Hash: 5A784F15B5B95593F12D49B6ADC365B913F49AA6<br>File Hash:<br>F701B7B3A8459C288A60F7441AB6DF8EC28360976518E63DAAF9BE43BCC80409 | 06-29-2022<br>14:27:34 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |
| 20 | Info Hash: A7D7A0A04A5F31E749B8420A8A797E5ECC2BF45A<br>File Hash:<br>C8266441AAB3E213EB93BB7E3FE882D68B5BFBCC32ED97FCBE6D96CBE6B8D9AD | 06-29-2022<br>14:27:16 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 21 | Info Hash: CBF4427A9F12E8E467CAA2DDDCE4D0C333E62623<br>File Hash:<br>9EEB426E5BFA2C4D492900E54AF53EC8A0363A3096CFFDC2D1D152F680ADD896 | 06-14-2022<br>19:24:17 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 22 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash:<br>3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 06-01-2022<br>18:09:04 | Vixen | 04-29-2019 | 06-03-2019 | PA0002178770 |
| 23 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash:<br>8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 06-01-2022<br>18:08:04 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash:<br>BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 06-01-<br>2022<br>18:06:30 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 25 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash:<br>D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 06-01-<br>2022<br>18:06:15 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 26 | Info Hash: 88CC37185550B7F47C66918862B844C8056F3C00<br>File Hash:<br>C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 06-01-<br>2022<br>18:05:57 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 27 | Info Hash: E480F6FC4F93982D07B305510EB73A2867B3ACD5<br>File Hash:<br>548A8289F6B4B23B023A85080F425EFCCCF0F0BC211DC7E8877665DC685B1787 | 05-22-<br>2022<br>14:45:17 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 28 | Info Hash: 9A1EFE040C386ACFBB75B697D5945C40C6855923<br>File Hash:<br>290AD9A63E06A2AB2808B44C706C9CD4508E1AE7BA553692DE47913A3DDB30F6 | 04-27-<br>2022<br>14:50:39 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 29 | Info Hash: 8985391AB6EDF4417458A4AD92C774F8DCCD32D1<br>File Hash:<br>A9833093B770B8EF9B1C0CC785AD40D8F3C64A0A3D1EF44548B1607C61C2DEC7 | 04-22-<br>2022<br>21:03:39 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 30 | Info Hash: DBAEDD022D65069A73F314DBD734AB0AF25FEC4B<br>File Hash:<br>BAD52C4970ACA7C8E8B5BF7E1C4727C6BA41BC0AC2977D09FD28C0309DF1133D | 03-30-<br>2022<br>20:36:39 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 31 | Info Hash: 64C8E2F74916DFE85348D368C923CCC154C0DCF7<br>File Hash:<br>1E3C846AE396BD1A9EF16B9D40AECA859B951DF8DD8B964C7D2D0B73695A1564 | 03-12-<br>2022<br>21:37:25 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 32 | Info Hash: A23820A92559422D790BCC99C1708B50886C3ECA<br>File Hash:<br>42E1882AD3F62548A5E107CDD313C27E237CA19BD51EC2AC899E21920CE040B9 | 01-23-<br>2022<br>23:13:58 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 33 | Info Hash: 45B1454D62159854791709CC17C32F28BB3FA0CB<br>File Hash:<br>4A0E8A4066D807E424D87A533D2C965B8697D7793D6BE20A927D3548C9356A12 | 01-23-<br>2022<br>23:13:56 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 34 | Info Hash: 0FF96BAF87C26978781E2F04F545D8AB2D997B89<br>File Hash:<br>A9CD9DBB59170E7A1A56C34D96420707F4A6132DFB756310328901409352EC58 | 01-23-<br>2022<br>23:13:12 | Slayed | 12-07-2021 | 01-07-2022 | PA0002337491 |
| 35 | Info Hash: 978DAB995093847C5BE3A19B9B64D305D063B756<br>File Hash:<br>A968A4D1C691D1C8F088ADE0D25CB63298D6EC684EF9B1016049564E6682788B | 01-22-<br>2022<br>02:31:32 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: E2D4A404654D90063AD427121874DAE5BE1A7196<br>File Hash:<br>C47E1A387F715C5B217AC156AA84F4B5FD8C3E147D5EAAADDE08C263A8A6A59C | 01-22-2022<br>02:30:43 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 37 | Info Hash: 98CD859C25F3472E82B27BB6AB807AA4B7F1C0EE<br>File Hash:<br>EA7DFE340C90D974BA0CB07E3B0E06469B4B6B2E6E83D27D371F0C54FB3AA9F9 | 01-22-2022<br>02:30:05 | Slayed | 01-18-2022 | 02-03-2022 | PA0002341748 |
| 38 | Info Hash: 70B284BC18C7859CC075F5C3D3F66404CDF8F61D<br>File Hash:<br>D0EA06025AC216C09A5FC937ACB62081A76AD6102B13F8507C82A76890D7B4E3 | 01-22-2022<br>02:25:33 | Slayed | 09-09-2021 | 09-30-2021 | PA0002320424 |
| 39 | Info Hash: 18F765FCA7C2CB22C0A8EF5AA537CA95018CE83C<br>File Hash:<br>5C4ABEE9DBEF60D949B2FB10AE7770DB924BBB35D35FDA01EB7C1328BF245B6D | 01-22-2022<br>02:23:22 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 40 | Info Hash: 7A45B17A8684BC38622634BFC86263A5C4A023DB<br>File Hash:<br>1EC923375EBBC05529CDC636FBD3A2E6D8ADED98B8817E26A504C779D30DE599 | 07-27-2021<br>00:29:26 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 41 | Info Hash: 4C4D277A40036C190CCFDDDF8B76E243D25F6D37<br>File Hash:<br>4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-04-2021<br>14:00:29 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 42 | Info Hash: 4A1422EABBAB1159411F57E78E7DC023B5058751<br>File Hash:<br>A2B3860BA87B90F89F9D496D611E74833F5EA9730634681D4D7916AC4A9E18F0 | 06-13-2021<br>23:43:15 | Tushy | 09-13-2018 | 11-01-2018 | PA0002143414 |
| 43 | Info Hash: 31592C8CC5A6F752ECB3565D1489CBE31AF4D13E<br>File Hash:<br>DC6D41FC3415EF8CB5E9C43DBEFFBE8DBA23943C4D01008F5513B513FB22B14F | 06-08-2021<br>12:07:29 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 44 | Info Hash: 0ED09075B40487C243901FC247B1BB75F665FD80<br>File Hash:<br>7278F36CA03B3F461AC8602EC0B9EC3750C4F6C148137C2E093E528923A76AC0 | 05-20-2021<br>19:37:23 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 45 | Info Hash: 1EA12DE698060BF4B076361D3156F81411BFFED2<br>File Hash:<br>E5B4A6D6CBA9BF4E2EB04E8AEAE0418194B14FA2F8A53AA019EF2847FD312964 | 05-18-2021<br>14:24:35 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 46 | Info Hash: 0AC75990739A686B555938ABFD3276F73FF69DFF<br>File Hash:<br>2CA5AA073582E71D9492E7E3E529F4816734EFC58D3451C35339EE6074EEA6F0 | 02-16-2021<br>20:11:53 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 47 | Info Hash: 3E44BF38DAD68A203033A91E3170C005C3B5AE91<br>File Hash:<br>06638F711E34A607A3A91F98BEF3D2617BA5A238283A6F26AF7E2751588C0950 | 02-14-2021<br>17:21:55 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 48 | Info Hash: 22208D989EF7AE8E48CF3AB393995AD460AF2799<br>File Hash:<br>97E80641E60528553CE136539B5C6FF99ED39E46333D8F88F73714FFE8CB7F90 | 02-08-2021<br>22:45:46 | Vixen | 03-05-2019 | 03-31-2019 | PA0002163982 |
| 49 | Info Hash: A17B0FA79E3BF382B50EECA2F4704ED6D2E11DEA<br>File Hash:<br>1A8572B2FE1C0A5901D9BCA00E8FE3A2409372C7D97716A2152819C7C16F7597 | 02-08-2021<br>22:45:35 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |
| 50 | Info Hash: 670287903AD427D0509AA81E26EA3DEDF2ECAA7C<br>File Hash:<br>8E5253B49A9411CC17B6941BDAA92FB19F9265D7C4E8984A3EAA940DF4B1D956 | 02-08-2021<br>22:43:55 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 51 | Info Hash: 97799E0067028AAAA2F72AEF720F7075C9FD3BF4<br>File Hash:<br>2AFE082A7805D6668EB09A06BAE8C8A483D3E57547AB2B12ABE6B358A4541C42 | 02-08-2021<br>22:43:30 | Vixen | 08-27-2019 | 09-17-2019 | PA0002216129 |
| 52 | Info Hash: D8A420ECCA22D45CC96861C17C5FB654A29F75E2<br>File Hash:<br>099A5A971EB4C1A8F440FAE1A727BE9F5B6C421544E3C56015EB787123241F4A | 02-07-2021<br>14:05:37 | Tushy | 04-26-2018 | 06-19-2018 | PA0002126639 |
| 53 | Info Hash: 312BE07B7B91D786BEF30B7F3FF82B39EC98F044<br>File Hash:<br>BDFBC09EA7EA2DECF25193A2F15372E0FBD093940DAAE44C3F10613528F5A3B7 | 02-07-2021<br>14:05:36 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 54 | Info Hash: 967734E49BCB70929CF9A8D698E03386657400D1<br>File Hash:<br>C5FF04FA188646F16D5A6432C23762141D8910D23FE7DC14D4A72274AE685ABD | 01-17-2021<br>17:48:00 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 55 | Info Hash: D6099006B5F3573ABE34BA444809C2BD09A40159<br>File Hash:<br>7E05633ECBF5D8FC3102A78D418E0943396FC060EDD09EB9D8D6B1275588115C | 01-17-2021<br>17:47:37 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 56 | Info Hash: 6AF9D238233F30EBCD60C1E3A831116F96C2B3F3<br>File Hash:<br>2BD679DB33D4AC1A4F7BF807566513D663E87EF8E58BE9E4B7E7677E53001019 | 12-26-2020<br>14:17:00 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 57 | Info Hash: 227D745D65130D6AC0F9A9117B2603A17260F4C2<br>File Hash:<br>B152C100DA72B315146C53ECEFF5817EB9821045F6ABDA64EFEDF70642D3E8A8 | 11-20-2020<br>13:59:24 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 58 | Info Hash: C9B2C936E84E86DBF516697F9C00ACFE737485D1<br>File Hash:<br>41B2536CC05F3384CD47E42A21E8BEC81612F6CE186CF284BDD5B85A624E09D6 | 11-11-2020<br>14:04:30 | Vixen | 08-12-2017 | 08-17-2017 | PA0002048373 |
| 59 | Info Hash: DD69BB164325E1C1F0E64CE410840218927D20DB<br>File Hash:<br>2A8B3DE978D454E75C03FE876CB863607C6E5C67EC9D7933BDEEB86B0FD38E6F | 11-08-2020<br>16:16:54 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash:<br>CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 11-01-2020<br>18:04:30 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 61 | Info Hash: 7EA741A95E19703D36148EB01AE4389208D2D1B2<br>File Hash:<br>521A31CE6B82CB9B775B7A34E369B435E0E6288A7F135E886873E90228E53FBA | 10-18-2020<br>14:15:39 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 62 | Info Hash: 41E1D784FB7ECD456F40055183C3B6865212B264<br>File Hash:<br>4C1821A047E1FC47AFE5122093ACAF025C656026BA3F15A2427C372801F97BC7 | 09-07-2020<br>17:23:16 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 63 | Info Hash: C6359384A3605BB60A2E89A0102A64607E42AB7B<br>File Hash:<br>81F723871DF120FD1568508702EF161384014BDECCD2FF7480CFCB93C41D757C | 08-17-2020<br>15:56:49 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 64 | Info Hash: 5004295B94F5DD39CED24E3B25B3EAD1FB53756B<br>File Hash:<br>687B13A2C026D9857D700080F34CB48421496346FAAC07AE5149885112A6C7C5 | 08-03-2020<br>13:29:50 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 65 | Info Hash: 7EFA764716B582976CB83FAE73FDB81FAE4ACFB1<br>File Hash:<br>05B4C8EFE7FF1F61A9BA468C4A788AC682C28371C44198CC880AB772D31118EF | 08-02-2020<br>18:02:11 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 66 | Info Hash: F8CD981D66F1E073AA128253C25753CFA604D6FE<br>File Hash:<br>714AD1CA215653507534A4C4C0A1BD445E20884CA66235571642AAFE06D3C01C | 08-02-2020<br>17:39:56 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 67 | Info Hash: 9A5C61C8FE8B33A6535A09EC6C10BF7D4A62DFF8<br>File Hash:<br>8FC72E8ABD3010D093DA834410750A54F1705330F59BB79A2D86BF39EEC43111 | 07-11-2020<br>20:09:39 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 68 | Info Hash: DEE85E605BF33AB0496EF626BBDEB1AF0E46B5BE<br>File Hash:<br>0E8E3CE72BEDE23E38A9020D57BC07BBA0836DCA56D517A757B35A922AD222B2 | 06-13-2020<br>12:32:27 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 69 | Info Hash: 60CE56B58BDDA2EAC5A846B64895D716F728168F<br>File Hash:<br>27C30D1CF75AC67824C5DC886B8683DDBD9FC1D62BD545CA1826B6639AA068E0 | 06-03-2020<br>15:20:46 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |