United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Chief Judge Algenon L. Marbley, Judge Michael H. Watson, Judge Sarah D. Morrison, Judge Douglas R. Cole, Judge Matthew W. McFarland, Judge Jeffery P. Hopkins, Judge Michael R. Barrett, Judge Timothy S. Black

**FROM:** Kelly Heuer, Deputy Clerk

**DATE:** 3/28/2023

**SUBJECT:** Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 74.133.29.10

**CASE:** Case Number: 2:23-cv-1022

**DISTRICT JUDGE:** Sarah D. Morrison

File Date: 3/20/2023

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 174.100.234.227

Case Number: 2:23-cv-1021    District Judge: Sarah D. Morrison

File Date: 3/20/2023    Magistrate Judge: Chelsey M. Vascura

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 71.64.24.102

Case Number: 2:23-cv-1020    District Judge: Algenon L. Marbley

File Date: 3/20/2023    Magistrate Judge: Elizabeth Preston Deavers

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 98.31.52.228

Case Number: 2:23-cv-1019    District Judge: Sarah D. Morrison

File Date: 3/20/2023    Magistrate Judge: Chelsey M. Vascura

Memo Re: Related Civil Cases
Page 2

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 174.105.17.198

Case Number: 2:23-cv-1018_1    District Judge: Sarah D. Morrison

File Date: 3/20/2023    Magistrate Judge: Kimberly A. Jolson

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 184.57.85.189

Case Number: 2:23-cv-1016_1    District Judge: Michael H. Watson

File Date: 3/20/2023    Magistrate Judge: Elizabeth Preston Deavers

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 71.79.236.75

Case Number: 2:23-cv-1015_1    District Judge: Algenon L. Marbley

File Date: 3/20/2023    Magistrate Judge: Kimberly A. Jolson

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 23.245.193.130

Case Number: 2:23-cv-1013_1    District Judge: Sarah D. Morrison

File Date: 3/20/2023    Magistrate Judge: Kimberly A. Jolson

**Related Case(s):**

Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 184.54.146.226

Case Number: 1:23-cv-0151_1    District Judge: Michael R. Barrett

File Date: 3/16/2023    Magistrate Judge:

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 3

**Related Case(s):**
Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 208.102.125.136
Case Number: 1:23-cv-0150 1
District Judge: Michael R. Barrett
File Date: 3/16/2023
Magistrate Judge:

**Related Case(s):**
Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 184.54.38.122
Case Number: 1:23-cv-0149 1
District Judge: Matthew W. McFarland
File Date: 3/16/2023
Magistrate Judge:

**Related Case(s):**
Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 174.97.87.25
Case Number: 1:23-cv-0148 1
District Judge: Michael R. Barrett
File Date: 3/16/2023
Magistrate Judge:

**Related Case(s):**
Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 107.9.7.231
Case Number: 1:23-cv-0147 1
District Judge: Matthew W. McFarland
File Date: 3/16/2023
Magistrate Judge:

**Related Case(s):**
Case Caption: Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 65.186.9.218
Case Number: 1:23-cv-0146 1
District Judge: Douglas R. Cole
File Date: 3/16/2023
Magistrate Judge:

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 4

**Related Case(s):**

Case Caption: **Strike 3 Holdings, LLC v. DOE subscriber assigned IP address 65.31.40.249**

Case Number: **1:23-cv-0145 1**   District Judge: **Jeffery P. Hopkins**

File Date: **3/16/2023**   Magistrate Judge:

**Related Case(s):**

Case Caption: **Strike 3 Holdings, LLC v. DOEs**

Case Number: **1:23-cv-0144 1**   District Judge: **Timothy S. Black**

File Date: **3/16/2023**   Magistrate Judge:

*Revised 7/19/2012*

The District Judges having conferred, we respond to Case Administrator   __Kelly Heuer__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Timothy S. Black

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_Timothy S. Black_
United States District Judge

_[signature]_
United States District Judge

_[signature]_
United States District Judge

_Michael Watson_
United States District Judge

_[signature]_
United States District Judge

*Revised 7/19/2012*

_____
United States District Judge
*(Jeffrey P. Hopkins)*

_____
United States District Judge
*(Matthew W. McFarland)*

_____
United States District Judge

Cc: Courtroom Deputies

Memo Re: Related Civil Cases
Page 5

The District Judges having conferred, we respond to Case Administrator  <u>Kelly Heuer</u>  as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>Timothy S. Black</u>

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

*Timothy S. Black*
United States District Judge

United States District Judge

United States District Judge

*Matthew W. McFarland*
United States District Judge

United States District Judge

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 5

The District Judges having conferred, we respond to Case Administrator   **Kelly Heuer**    as follows:

**Judges' Response:**

- [ ] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- [x] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Timothy S. Black

- [ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- [ ] We are unable to agree and will accept any decision made by the Chief Judge.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- [ ] Other Direction of Judge: _____

*/s/ Timothy S. Black*
United States District Judge

*/s/ Michael R. Barrett*
United States District Judge

United States District Judge

United States District Judge

United States District Judge

*Revised 7/19/2012*